&GAM 35 (Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:17-CR-00010-001 (CDL) |
| **GARRETT RAINES** | |

On October 17, 2017, the above captioned was sentenced for the offense of Possession of Schedule I Substances with Intent to Distribute to 24 months imprisonment followed by 36 months of supervised release.

He has complied with the rules and regulation of supervised release and paid all Court ordered fines and fees. He has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*[signature]*

Eugene L. Autry, II
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   23rd   day of   November  , 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE